# Anthony Zappin

1827 Washington Blvd. • Huntington, WV 25701 • Phone: (304) 654-6195 • Fax: (646) 365-3424
E-Mail: anthony.zappin@gmail.com

**BY ECF**

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square, Room 1106
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/26/17
```

Date:  January 26, 2017

Re:   *Zappin v. Aronson, Mayefsky & Sloan LLP*, Case No. 16-cv-7417-LGS

Dear Judge Schofield:

I write to request a one-day extension to file my opposition to Defendant's pending motion to dismiss from today January 26, 2017 to January 27, 2017.  This is my first request for an adjournment.  Defendant has consented to the extension.

Although I hope to file the opposition papers later this evening, circumstances have arisen in the underlying custody proceeding that may disrupt the filing.  On Tuesday afternoon, I learned that Ms. Comfort has removed the child from New York State permanently without informing myself or the state court.  I do not currently know the child is located.  Thus, my matrimonial counsel and I are in the process of preparing an emergency petition for immediate filing, which has consumed the last few days.

I apologize to the Court for requesting the adjournment on the date the opposition papers are due, but the situation has been fluid.  I will of course not object to an extension for Defendant to file its reply papers.

I sincerely appreciate your courtesies and attention to this matter.

Application GRANTED.  Plaintiff's deadline to respond to Defendant's motion to dismiss is extended to January 27, 2017.  Defendant's deadline to file its reply brief is extended to February 7, 2017.

Dated: January 26, 2017
       New York, New York

Respectfully,

*/s/ Anthony Zappin*

Anthony Zappin

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**